AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAQUEL MARTIN,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 2:22-cv-057

LLOYD J. AUSTIN, III, Secretary, U.S. Department of Defense,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 11, 2023, Plaintiff's complaint is dismissed without prejudice, and this civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 12, 2023

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020